■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUNTER GAITHER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Agresta, J.), rendered January 3, 1984, convicting him of sodomy in the first degree, upon a plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Lawrence, J. P., Weinstein, Spatt and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUCLIDES GAVIRIA, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County (Chetta, J.), imposed November 20, 1985, upon his conviction of attempted burglary in the first degree, upon his plea of guilty.

Ordered that the judgment is affirmed.

The imposed sentence, which was agreed to by the defendant, was neither harsh nor excessive and did not constitute an abuse of the sentencing court's discretion (see, People v Kazepis, 101 AD2d 816; People v Suitte, 90 AD2d 80). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.